IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **MOORECARE AMBULANCE SERVICE, LLC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:09-0078 |
| ) | Judge Trauger |
| **THE DEPARTMENT OF HEALTH AND HUMAN** ) | |
| **SERVICES and KATHLEEN SEBELIUS, in her** ) | |
| **official capacity as Secretary/Director of D.H.H.S.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

For the reasons expressed, and as fully described, in the accompanying Memorandum, the plaintiff's Motion for Summary Judgment (Docket No. 18) is **GRANTED IN PART and DENIED IN PART.** The parties shall confer as to the appropriate next steps in this litigation and, within 20 days from the date of this Order, file a status report with the court indicating how they wish to proceed.

It is so ordered.

Enter this 11th day of July 2011.

_____
ALETA A. TRAUGER
United States District Judge